**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
J.L. individually and on behalf of her child G.P.
a minor,

          Plaintiffs,

    -against-

N.Y.C DEP'T OF EDUC.,

          Defendant.
------------------------------------------------------------x

23-CV-7776 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an In-Person Status Conference on **Wednesday, October 16, 2024, at 1:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint status letter on **Friday, October 11, 2024**, containing a proposed agenda for the conference.

**SO ORDERED.**

Dated: August 28, 2024
      New York, New York

                                 *s/ Ona T. Wang*
                                 **Ona T. Wang**
                                 United States Magistrate Judge